FILED'10 OCT 25 07:01USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MARY E. WATSON,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social
Security,

    Defendant.

Civ. No. 09-6260-AA

OPINION AND ORDER

AIKEN, Chief Judge:

Plaintiff suit under 42 U.S.C. § 405(g) seeking judicial review of the Commissioner's decision denying her application for Disability Insurance Benefits and Supplemental Security Income under Titles II and XVI of the Social Security Act. The Commissioner now moves to dismiss plaintiff's complaint for lack of subject matter jurisdiction, because plaintiff filed her complaint for judicial review after the applicable sixty-day limitations

1 - OPINION AND ORDER

period. See 42 U.S.C. § 405(g) (review of a final decision of the Commissioner must be commenced within sixty days after the mailing of the notice of the decision, or within such further time as the Commissioner may allow); 20 C.F.R. § 404.981 (claimant must file action within sixty days after receiving denial of review from Appeals Council).

Plaintiff did not respond to the Commissioner's request regarding her receipt of the denial by the Appeals Council, see Rief Decl., and she likewise did not respond to the Commissioner's motion. I therefore find that the Commissioner did not extend or waive the applicable limitations period, and plaintiff fails to present extraordinary or egregious circumstances to warrant equitable tolling. Banta v. Sullivan, 925 F.2d 343, 346-47 (9th Cir. 1991).

Accordingly, defendant's Motion to Dismiss (doc. 13) is GRANTED. This case is DISMISSED.

IT IS SO ORDERED.

Dated this 21 day of October, 2010.

/s/ Ann Aiken
Ann Aiken
Chief United States District Judge